# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ADVANCED SILICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS N.V.; NXP B.V.; AND NXP USA, INC<br><br>Defendants. | CIVIL ACTION NO. 6:22-cv-00466-ADA-DTG |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE

Plaintiff Advanced Silicon Technologies LLC ("AST") and Defendants NXP Semiconductors N.V. and NXP B.V. (collectively "NXP") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend the deadline for NXP to file its answer to AST's Complaint. Specifically, the Parties have agreed to alter the response deadline to the Complaint as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for NXP B.V. to file its answer | June 15, 2022 | July 1, 2022 |
| Deadline for NXP Semiconductors N.V. to file its answer | June 15, 2022 | July 1, 2022 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: June 21, 2022

By: /s/ *Brian A. Carpenter*

Brian A. Carpenter (State Bar No. 3840600)
carpenter@cclaw.com
**Carstens & Cahoon, LLP**
1105 Wooded Acres, Suite 415
Waco, Texas 76701
(254) 294-8154

Robert R. Brunelli (*pro hac vice*)
rbrunelli@sheridanross.com
Patrick A. Fitch (*pro hac vice*)
pfitch@sheridanross.com
Alex W. Ruge (*pro hac vice*)
aruge@sheridanross.com
Brian Boerman (*pro hac vice*)
bboerman@sheridanross.com
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202
Phone:   (303) 863-9700
Fax:     (303) 863-0223
Email:    litigation@sheridanross.com

**COUNSEL FOR PLAINTIFF
ADVANCED SILICON
TECHNOLOGIES LLC**

Respectfully submitted,

By: /s/ *Richard S. Zembek*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:    (713) 651-5151
Fax:    (713) 651-5246

Eric C. Green (SBN 24069824)
Eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel:    (512) 474-5201
Fax:    (512) 536-4598

**COUNSEL FOR DEFENDANTS NXP
SEMICONDUCTORS N.V.; NXP B.V.;
AND NXP USA, INC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Richard S. Zembek*