**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ADVANCED SILICON TECHNOLOGIES LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CIVIL ACTION NO. 6:22-cv-00466-ADA-DTG** |
| **NXP SEMICONDUCTORS N.V.; NXP B.V.; AND NXP USA, INC.,** | § § § | |
| **Defendants.** | § § § | |

## JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINE

Plaintiff Advanced Silicon Technologies LLC ("AST") and Defendants NXP USA, Inc., NXP Semiconductors N.V., and NXP B.V. (collectively "NXP") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend the deadline for NXP to answer or otherwise respond to AST's Complaint.

The Court has indicated that its ECF filing system will be unavailable on the current due date, July 29, 2022, given planned updates to the Court's filing system between July 29 and 31, 2022. As requested by the Clerk, the Parties file this notice to address such system unavailability.

Specifically, the Parties have agreed to alter the response deadline to the Complaint as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for NXP USA, Inc. to file its answer | July 29, 2022 | August 1, 2022 |

| Deadline for NXP B.V. to file its answer | July 29, 2022 | August 1, 2022 |
|---|---|---|
| Deadline for NXP Semiconductors N.V. to file its answer | July 29, 2022 | August 1, 2022 |

The above case extensions do not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: July 26, 2022                                    Respectfully submitted,

By:   /s/ *Patrick A. Fitch*                              By:   /s/ *Richard S. Zembek*

Brian A. Carpenter (State Bar No. 3840600)      Richard S. Zembek (SBN 00797726)
carpenter@cclaw.com                              richard.zembek@nortonrosefulbright.com
**Carstens & Cahoon, LLP**                       **NORTON ROSE FULBRIGHT US LLP**
1105 Wooded Acres, Suite 415                     Fulbright Tower
Waco, Texas 76701                                1301 McKinney, Suite 5100
(254) 294-8154                                   Houston, Texas 77010-3095
                                                 Tel:     (713) 651-5151
                                                 Fax:    (713) 651-5246
Robert R. Brunelli (*pro hac vice*)
rbrunelli@sheridanross.com                       Eric C. Green (SBN 24069824)
Patrick A. Fitch (*pro hac vice*)                Eric.green@nortonrosefulbright.com
pfitch@sheridanross.com                          **NORTON ROSE FULBRIGHT US LLP**
Alex W. Ruge (*pro hac vice*)                    98 San Jacinto Boulevard, Suite 1100
aruge@sheridanross.com                           Austin, Texas 78701
Brian Boerman (*pro hac vice*)                   Tel:     (512) 474-5201
bboerman@sheridanross.com                        Fax:    (512) 536-4598
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202                           **COUNSEL FOR DEFENDANTS NXP**
Phone:     (303) 863-9700                        **SEMICONDUCTORS N.V.; NXP B.V.;**
Fax:        (303) 863-0223                       **AND NXP USA, INC**
Email:       litigation@sheridanross.com

**COUNSEL FOR PLAINTIFF**
**ADVANCED SILICON**
**TECHNOLOGIES LLC**