IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADVANCED SILICON TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> NXP SEMICONDUCTORS N.V.; NXP B.V.; AND NXP USA, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:22-cv-00466-ADA-DTG |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANTS NXP SEMICONDUCTORS N.V. AND NXP B.V.**

WHEREAS Plaintiff Advanced Silicon Technologies LLC ("AST") and Defendants NXP Semiconductors N.V., NXP B.V., and NXP USA, Inc., (collectively, "the NXP Defendants") (collectively, "the Parties") disagree about whether the Complaint properly asserts the existence of personal and subject matter jurisdiction over Defendants NXP Semiconductors N.V. and NXP B.V. in this action; and

WHEREAS the Parties have settled their dispute over jurisdiction for NXP Semiconductor N.V. and NXP B.V. and agreed to the dismissal without prejudice of these two Defendants under the conditions set forth in this stipulation;

AST and the NXP Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss Defendants NXP Semiconductors N.V. and NXP B.V. from this action without prejudice and subject to the following conditions:

1.      Defendants NXP Semiconductors N.V. and NXP B.V. represent that they are securities and IP holding companies, respectively, that they are not operating entities that

manufacture and distribute commercial quantities of semiconductors, that they do not employ engineering or sales personnel, and that they do not make, use, offer to sell, or sell in the United States or import into the United States any of the accused products identified in the Complaint or containing the features and functionality identified in the Complaint as infringing the asserted patents.

2. Defendant NXP USA, Inc. represents that it books substantially all relevant revenues, costs, and profits for the products and activities accused in the Complaint and that it can pay any judgment. NXP USA, Inc. further stipulates to any liabilities that may be found with respect to NXP Semiconductors N.V. or NXP B.V.

3. For the purposes of discovery in this action, NXP USA, Inc., NXP Semiconductors N.V., and NXP B.V. agree that all information, witnesses, and documents in the possession, custody, or control of NXP Semiconductors N.V. and NXP B.V. or their other subsidiaries, if any, shall be deemed in the possession, custody, or control of NXP USA, Inc., but only to the extent they may be relevant to this litigation, and they are not otherwise available from NXP USA, Inc.

4. If later information or discovery reveals that NXP Semiconductors N.V. or NXP B.V. should be joined to this action, Defendant NXP USA, Inc. agrees that AST may seek joinder of either party and NXP USA, Inc. will not oppose joinder based on waiver, estoppel, or other such ground.

5. AST and NXP USA, Inc. agree to meet and confer in good faith to resolve any objections consistent with the above agreement, including objections to the nature or scope of any requests for documents, information, testimony, or any other discoverable matter.

In light of the above stipulations, AST and the NXP Defendants stipulate that Defendants NXP Semiconductors N.V. and NXP B.V. be dismissed without prejudice from this action, with AST and the dismissed Defendants bearing their own costs and fees.

Dated: July 26, 2022

By:  /s/ *Patrick A. Fitch*

Brian A. Carpenter (State Bar No. 3840600)
carpenter@cclaw.com
**Carstens & Cahoon, LLP**
1105 Wooded Acres, Suite 415
Waco, Texas 76701
(254) 294-8154

Robert R. Brunelli (*pro hac vice*)
rbrunelli@sheridanross.com
Patrick A. Fitch (*pro hac vice*)
pfitch@sheridanross.com
Alex W. Ruge (*pro hac vice*)
aruge@sheridanross.com
Brian Boerman (*pro hac vice*)
bboerman@sheridanross.com
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202
Phone: (303) 863-9700
Fax: (303) 863-0223
Email: litigation@sheridanross.com

**COUNSEL FOR PLAINTIFF
ADVANCED SILICON
TECHNOLOGIES LLC**

Respectfully submitted,

By:  /s/ *Richard S. Zembek*

Richard S. Zembek (SBN 00797726)
richard.zembek@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246

Eric C. Green (SBN 24069824)
Eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANTS NXP
SEMICONDUCTORS N.V.; NXP B.V.;
AND NXP USA, INC.**