UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Advanced Silicon Technologies LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>NXP Semiconductors N.V.,<br>NXP B.V., and<br>NXP USA, Inc.,<br><br>　　　　　Defendants. | Case No. 6:22-cv-00466-ADA-DTG<br><br><br><br>**Jury Trial Demanded** |

### Joint Claim Construction Statement

The parties submit this Joint Claim Construction Statement for asserted U.S. Patent Nos. 7,804,435 ('435 Patent) and 8,933,945 ('945 Patent) under the Scheduling Order (ECF No. 45).

**1.　　Agreed Constructions**

The parties have met and conferred and have agreed on the following constructions:

| Claim(s) | Term | Agreed Construction |
|---|---|---|
| '945 Patent, Claims 1, 21 | "memory controller" | Plain and ordinary meaning |

**2.　　Disputed Constructions**

The charts below identify each disputed claim term and in what claims it appears, followed by each party's proposed construction. Each disputed term was proposed by Defendant.

**2.1.　　"A method for reducing power consumption for a video decoder comprising"**

| Claim(s) | AST's Proposal | NXP's Proposal |
|---|---|---|
| '435 Patent, Claim 26 | Preamble is non-limiting | Preamble is limiting |

### 2.2. "graphics pipeline"

| Claim(s) | AST's Proposal | NXP's Proposal |
| --- | --- | --- |
| '945 Patent, Claims 1, 4, 12, 21 | Plain and ordinary meaning | "hardware, which may be one or more circuits"[1] |

### 2.3. "graphics pipelines operative to process data in a dedicated tile"

| Claim(s) | AST's Proposal | NXP's Proposal |
| --- | --- | --- |
| '945 Patent, Claims 1, 21 | Plain and ordinary meaning | "graphics pipeline operative such that data for a specific tile is processed by one and only one pipeline" |

### 2.4. "a memory controller . . . operative to transfer pixel data between each of a first pipeline and a second pipeline [the two graphics pipelines] and a memory shared among the at least two graphics pipelines"

| Claim(s) | AST's Proposal | NXP's Proposal |
| --- | --- | --- |
| '945 Patent, Claims 1-4, 17-20 | Plain and ordinary meaning | "a memory controller . . . operative to transfer pixel data to, from, and between (1) the first graphics pipeline and the second graphics pipeline, and also (2) the two graphics pipelines and a memory shared among the two graphics pipelines" |

### 2.5. "NxM number of pixels"

| Claim(s) | AST's Proposal | NXP's Proposal |
| --- | --- | --- |
| '945 Patent, Claim 21 | Plain and ordinary meaning | "rectangular block of pixels that is not square" |

---

[1] NXP truncated its originally proposed construction of "hardware, which may be one or more circuits, *that processes graphics data*" in response to AST's contention that "processes graphics data" was "needless language [that] could only cause confusion in view of the full claim set." Dkt. 50 at 9. NXP is amenable to either its original construction or its narrowed proposal offered to focus the parties' dispute.

| | |
|---|---|
| Dated: January 24, 2023 | Respectfully submitted, |
| By: */s/ Patrick A. Fitch* <br> Brian A. Carpenter (State Bar No. 3840600) <br> carpenter@caglaw.com <br> **Carstens, Allen & Gourley, LLP** <br> 1105 Wooded Acres, Suite 415 <br> Waco, Texas 76701 <br> (254) 294-1854 (Telephone) <br> <br> Robert R. Brunelli (admitted *pro hac vice*) <br> rbrunelli@sheridanross.com <br> Patrick A. Fitch (admitted *pro hac vice*) <br> pfitch@sheridanross.com <br> Alex W. Ruge (admitted *pro hac vice*) <br> aruge@sheridanross.com <br> Brian Boerman (admitted *pro hac vice*) <br> bboerman@sheridanross.com <br> **Sheridan Ross P.C.** <br> 1560 Broadway, Suite 1200 <br> Denver, Colorado 80202 <br> (303) 863-9700 (Telephone) <br> (303) 863-0223 (Facsimile) <br> litigation@sheridanross.com <br> <br> *Attorneys for Plaintiff* <br> *Advanced Silicon Technologies LLC* | By: */s/ Eric C. Green* <br> Richard S. Zembek (SBN 00797726) <br> richard.zembek@nortonrosefulbright.com <br> **Norton Rose Fulbright US LLP** <br> Fulbright Tower <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010-3095 <br> Tel.: (713) 651-5151 <br> Fax: (713) 651-5246 <br> <br> Eric C. Green (SBN 24069824) <br> eric.green@nortonrosefulbright.com <br> Catherine Garza (SBN 24073318) <br> cat.garza@nortonrosefulbright.com <br> **Norton Rose Fulbright US LLP** <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, Texas 78701 <br> Tel.: (512) 474-5201 <br> Fax: (512) 536-4598 <br> <br> *Attorneys for Defendant* <br> *NXP USA, Inc.* |

## Certificate of Service

I hereby certify that, on January 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-referenced matter.

*/s/ Thomas J. Armento*
Thomas J. Armento
Paralegal
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, CO 80202
(303) 863-9700 (Telephone)
(303) 863-0223 (Facsimile)
litigation@sheridanross.com
