# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ADVANCED SILICON TECHNOLOGIES LLC, | § § § | |
| *Plaintiff* | § § | W-22-CV-00466-ADA |
| -vs- | § § § | |
| NXP USA, INC., | § § | |
| *Defendant* | § | |

## CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefs: Defendant NXP USA, Inc.'s Opening Claim Construction Brief (ECF No. 49), Plaintiff's Responsive Claim Construction Brief (ECF No. 49), Defendants' Reply Claim Construction Brief (ECF No. 56), Plaintiffs' Sur-Reply (ECF No. 58), and the Joint Claim Construction Statement (ECF No. 60). On February 7, 2023, the Court provided the parties with its Preliminary Claim Constructions, and on February 8, 2023, the Court held a *Markman* hearing. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court plans to issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered upon the docket.

**SIGNED** this 8th day of February, 2023.

Derek T. Gilliland
United States Magistrate Judge

| Term | AST's Proposal | NXP's Proposal | Court's Preliminary Construction |
|---|---|---|---|
| "A method for reducing power consumption for a video decoder comprising"<br><br>'435 Patent, Claim 26 | Preamble is non-limiting | Preamble is limiting | Preamble is not limiting |
| "graphics pipeline"<br>'945 Patent,<br>Claims 1, 4, 12, 21 | Plain and ordinary meaning | "hardware, which may be one or more circuits"<br><br>Plaintiff's Original Proposal:<br><br>"hardware, which may be one or more circuits, *that processes graphics data*" | Plain and ordinary meaning |
| "graphics pipelines operative to process data in a dedicated tile"<br>'945 Patent,<br>Claims 1, 21 | Plain and ordinary meaning | "graphics pipeline operative such that data for a specific tile is processed by one and only one pipeline" | Plain and ordinary meaning |
| "a memory controller . . . operative to transfer pixel data between each of a first pipeline and a second pipeline [the two graphics pipelines] and a memory shared among the at least two graphics pipelines"<br>'945 Patent,<br>Claims 1-4, 17-20 | Plain and ordinary meaning | "a memory controller . . . operative to transfer pixel data to, from, and between (1) the first graphics pipeline and the second graphics pipeline, and also (2) the two graphics pipelines and a | Plain and ordinary meaning, which requires the memory controller to be operative to transfer pixel data between all three items—first pipeline, second pipeline, and memory. |

| | | | |
|---|---|---|---|
| | | memory shared among the two graphics pipelines" | |
| "NxM number of pixels" '945 Patent, Claim 21 | Plain and ordinary meaning | "rectangular block of pixels that is not square" | Plain and ordinary meaning, for example: a rectangular, but not square, array of pixels denoted by N number of row and M number of columns.<br><br>N does not equal M. |